# United States District Court
## Violation Notice

**CVB Location Code:** WS1

| Violation Number | Officer Name | Officer No. |
|---|---|---|
| FBDC001Q | HAWORTH | 2291 |

FBDC001Q

### YOU ARE CHARGED WITH THE FOLLOWING

| Date and Time of Offense | Offense |
|---|---|
| 05/31/2015   12:27 | FED   36CFR   26111D |

**Place of Offense:** SAM BERRY MEADOW

**Offense Description: Factual Basis for Charge**    HAZMAT ☐

FAILING TO DISPOSE OF ALL GARBAGE, INCLUDING ANY PAPER, CAN, BOTTLE, SEWAGE, WASTE WATER OR MATERIAL OR RUBBISH EITHER BY REMOVAL FROM THE SITE OR AREA OR BY DEPOSITING IT IN RECEPTACLES.

### DEFENDANT

**Phone:** (    )

| Last Name | First Name | M. |
|---|---|---|
| RAUTENBERG | ERIK | T |

**Street Address:**

| City | State | Zip | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|

**Drivers License:**   CDL ☐   D.L.   **Social Security:**

☐ Adult ☐ Juvenile   Sex ☐ M ☐ F   Race   Hair   Eyes   Height   Weight

### VEHICLE    VIN                                       CMV ☐

| Tag No. | State | Year | Make/Model  PASS ☐ | Color |
|---|---|---|---|---|

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN
SEE INSTRUCTIONS (opposite).

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

| | |
|---|---|
| $100.00 | Forfeiture |
| $25.00 | Processing |
| **PAY THIS**  $125.00 | Total Collateral |

### YOUR COURT
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court:** 260 Lincoln Street
Lander, WY 82520

**Date (mm/dd/yyyy):**

**Time (hh:**

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant _____

Previous edition is obsolete    Original - CVB Copy    FS-5300-4 (7/05)

FBDC001Q

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that _____May 31, 2015_____ while exercising my duties as a law officer in the _____Judicial_____ District of _____WY_____

Pursuant to 16USC 551:

While performing my duties as a law enforcement officer on the Shoshone National Forest, Wapiti Ranger District, I contacted Eric and Jim RAUTENBERG on the North Fork trail near Sam Berry Meadow. While visiting with Eric R. he told this officer that he and his brother Jim had camped the night before and had built and maintained a campfire. I asked Eric R. if he had burned any garbage in the campfire and at first he told me,"No", but then he said,"Well, nothing toxic."

During the same contact period GF 51 Warden CRANE also visited with Eric R. about an alleged poaching report. Eric R. denied shooting a deer when questioned but did admit to shooting his handgun, sneaking up on deer, and then "Unloading the magazine into a stump." Warden CRANE and I continued towards the alleged poaching location and that is when we located RAUTENBERG'S dispersed campsite. I also observed that the fire was still smoking and hot to the touch. Several other violations were observed and I immediately photographed the scene and I returned to the trailhead while Warden CRANE continued to investigate the poaching complaint.

Eventually I caught up with Eric and Jim RAUTENBERG where Eric R. admitted to leaving garbage in the campfire ring as well as to not fully extinguishing the campfire.

I issued Eric RAUTENBERG violation number FBDC001Q for violating 36 CFR 261.11(d),"Failing to dispose of all garbage by removal from the site." Specifically, Eric R. failed to remove aluminum foil from the campfire ring at his North Absaroka Wilderness dispersed campsite.

The foregoing statement is based upon:
   MY PERSONAL INVESTIGATION

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed   _____May 31, 2015_____   _____[signature]_____
           Date (mm/dd/yyyy)              Officer's Signature

☐ Probable cause has been stated for the issuance of a

Executed on: _____
             Date (mm/dd/yyyy)       U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;   CMV = Commercial vehicle involved in incident