# United States District Court
## Violation Notice

**CVB Location Code**
WS1

| Violation Number | Officer Name | Officer No. |
|---|---|---|
| FBDC001S | HAWORTH | 2291 |

### YOU ARE CHARGED WITH THE FOLLOWING

**FBDC001S**

| Date and Time of Offense | Offense |
|---|---|
| 05/31/2015      12:27 | FED    36CFR    2613B |

**Place of Offense**
PROVIDING FALSE OR FICTITIOUS

Offense Description: Factual Basis for Charge          HAZMAT ☐

PROVIDING FALSE, FRAUDULENT, OR FICTITIOUS INFORMATION TO ANY FOREST OFFICER ENGAGED IN OFFICIAL DUTIES.

## DEFENDANT                    Phone  (        )

| Last Name | First Name | M. |
|---|---|---|
| RAUTENBERG | ERIK | T |

| Street Address | | |
|---|---|---|

| City | State | Zip | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|

Drivers License          CDL ☐   D.L.        Social Security

☐ Adult ☐ Juvenile  Sex ☐ M ☐ F   Race        Hair   Eyes   Height   Weight

## VEHICLE        VIN                                        CMV ☐

| Tag No. | State | Year | Make/Model  PASS ☐ | Color |
|---|---|---|---|---|

A ☐   IF BOX A IS CHECKED, YOU MUST APPEAR IN
SEE INSTRUCTIONS (opposite).

B ☒   IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

| | |
|---|---|
| $500.00 | Forfeiture |
| $25.00 | Processing |
| **PAY THIS**        $525.00 | Total Collateral |

## YOUR COURT
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court | Date (mm/dd/yyyy) |
|---|---|
| 260 Lincoln Street | |
| Lander, WY 82520 | Time (hh: |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant _____

Previous edition is obsolete          Original - CVB Copy          FS-5300-4 (7/05)

FBDC001S

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that _____ May 31, 2015 _____ while exercising my duties as a law

officer in the _____ Judicial _____ District of _____ WY

Pursuant to 16USC 551:

While performing my duties as a law enforcement officer on the Shoshone National Forest, Wapiti Ranger District, I contacted Eric and Jim RAUTENBERG on the North Fork trail near Sam Berry Meadow. While visiting with Eric R. he told this officer that he and his brother Jim had camped the night before and had built and maintained a campfire. I asked Eric R. if he had burned any garbage in the campfire and at first he told me,"No", but then he said,"Well, nothing toxic."

During the same contact period GF 51 Warden CRANE also visited with Eric R. about an alleged poaching report. Eric R. denied shooting a deer when questioned but did admit to shooting his handgun, sneaking up on deer, and then "Unloading the magazine into a stump." Warden CRANE and I continued towards the alleged poaching location and that is when we located RAUTENBERG'S dispersed campsite. I also observed that the fire was still smoking and hot to the touch. Several other violations were observed and I immediately photographed the scene and I returned to the trailhead while Warden CRANE continued to investigate the poaching complaint.

Eventually I caught up with Eric and Jim RAUTENBERG where Eric R. admitted to leaving garbage in the campfire ring as well as to not fully extinguishing the campfire.

I issued Eric RAUTENBERG violation number FBDC001S for violating 36 CFR 261.3(b),"Giving any false, fictitious, or fraudulent report or other information to any Forest Officer engaged in or on account of the performance of his official duties knowing that such report or other information contains false, fictitious or fraudulent statement or entry. Specifically, Eric R. provided false and fictitious information to this officer when he lied about garbage in the campfire ring in addition to false information provided about shooting a deer. Warden CRANE located a dead deer that Eric R. later confessed to shooting even though there is currently no active hunting season.

The foregoing statement is based upon:

### MY PERSONAL INVESTIGATION

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed _____ May 31, 2015 _____

Date (mm/dd/yyyy)            Officer's Signature

☐ Probable cause has been stated for the issuance of a

Executed on: _____

Date (mm/dd/yyyy)            U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;     CMV = Commercial vehicle involved in incident