# UNITED STATES DISTRICT COURT
for the

District of __Wyoming__

| | |
|---|---|
| United States of America<br>v.<br><br>ERIK T. RAUTENBERG<br><br>*Defendant* | (table below) |

| Violation Number(s)/Location Code(s) | Violation Date(s) |
|---|---|
| FBDC001R/WS1; FBDC001Q/WS1; FBDC001S/WS1 | 05/31/2015 |
| **Offense(s)** | **Amount Due** |
| Leaving a fire without extinguishing | 450.00 |
| Failing to dispose of garbage | 250.00 |
| Providing false, fraudulent or fictitious information to any forest officer engaged in official duties | 1050.00 |

## ARREST WARRANT

To:   Any authorized law enforcement officer

There is probable cause to issue this warrant for the arrest of the person identified above.

**YOU ARE COMMANDED** to arrest and bring this defendant before the nearest available United States magistrate judge without unnecessary delay to answer to these charge(s).

If the defendant has paid the amount due, you may return this warrant unexecuted.

Date: July 22, 2015

*Judge's signature*

### Return

| Received | Date: | Location: |
|---|---|---|

*Executed by the arrest of the defendant.*

| Arrested | Date: | Location: |
|---|---|---|

Name: _____   Title: _____   District: _____

Date: _____   Signature: _____

# UNITED STATES DEPARTMENT OF JUSTICE

## United States Marshals Service

| | Violation Number(s)/Location Code(s) | Violation Date(s) |
|---|---|---|
| United States of America<br>v.<br><br><br>ERIK T. RAUTENBERG<br><br><br><br><br><br>*Defendant* | FBDC001R/WS1; FBDC001Q/WS1; FBDC001S/WS1 | 05/31/2015 |
| | Offense(s) | Amount Due |
| | Leaving a fire without extinguishing | 450.00 |
| | Failing to dispose of garbage | 250.00 |
| | Providing false, fraudulent or fictitious information to any forest officer engaged in official duties | 1,050.00 |

## NOTICE BEFORE ARREST

   The United States Marshals Service has received a warrant for your arrest issued by a United States magistrate judge, based on the charges set forth above. It is the responsibility of the United States Marshals Service, or other authorized officer, to execute the warrant and to arrest and present you before a United States magistrate judge.

   Accordingly, this is a final notice that the amount due shown above may be paid in lieu of your arrest. You may pay on-line at www.cvb.uscourts.gov or mail payment to the Central Violations Bureau, P.O. Box 71363, Philadelphia, PA 19176-1363. *Write the violation number and location code on your check or money order*. DO NOT SEND CASH. If your payment is not received within ten (10) days from the date of this notice, you will be subject to arrest.

   **By paying the amount due you may be admitting to a criminal offense and a conviction may appear in a public record with adverse consequences to you. You have a right to know more about the charge against you and you may obtain a complete statement of the charge by calling the Central Violations Bureau at 800-827-2982. By paying the amount due you waive your right (1) to contest this violation notice, (2) to a trial, and (3) to be represented by counsel.** If you are charged with a motor-vehicle violation, your payment may be reported to your state's motor-vehicle or driver-licensing agency. As a result, points may be assessed against your driving record, your license may be suspended, and additional fees may be imposed by your state.

   If "MANDATORY" or "APPEARANCE REQUIRED" is shown in the "amount due" space above, do not make any payment. Instead you must immediately contact a Deputy United States Marshal at the phone number shown below.

| | |
|---|---|
| Include the violation number(s), location code(s), and the name of the person for whom the fine is being paid (if other than yourself) on checks or money orders. | *UNITED STATES MARSHAL*<br><br>By: _____<br>  *Deputy United States Marshal*<br><br>Date of notice: _____<br><br><br>Phone: _____ |