# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **Violation Notices: FBDC001Q,** |
| ) | **FBDC001R, and FBDC001S** |
| **ERIK T. RAUTENBERG**, ) | |
| ) | |
| Defendant. ) | |

## ORDER GRANTING DISMISSAL OF VIOLATION NOTICES

After due consideration of the motion of the United States to dismiss Violation Notices, and the Court being fully apprised of the circumstances,

IT IS HEREBY ORDERED that Violation Notices: FBDC001Q, FBDC001R, and FBDC001S are dismissed. The Arrest Warrant issued July 22, 2015, is hereby quashed.

DATED this __16th__ day of ~~September~~ October, 2015.

_____
TERESA M. MCKEE
UNITED STATES MAGISTRATE